**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02290-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

RICHARD CROW,

      Plaintiff,

v.

C.D.O.C.,
SGT. J.A. JAMES (D.R.D.C.), and
MEDICAL UNIT, (D.R.D.C.),

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing: (Account statement submitted is
           not certified by an appropriate official of Plaintiff's penal institution.)
(4)   __     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information

(6)   __     is missing an original signature by the prisoner
(7)   __     is not on proper form (must use the court's current form)
(8)   __     names in caption do not match names in caption of complaint, petition or habeas application
(9)   __     An original and a copy have not been received by the court. Only an original has been received.
(10)  X     other: Account statement is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)  __     is not submitted
(12)  __     is not on proper form (must use the court's current form)
(13)  __     is missing an original signature by the prisoner
(14)  __     is missing page nos. ___
(15)  __     uses et al. instead of listing all parties in caption
(16)  __     An original and a copy have not been received by the court. Only an original has been received.
(17)  __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __     names in caption do not match names in text
(19)  __     other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 12, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-02290-BNB

Richard Crow
Prisoner No.  153612
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
             Deputy Clerk