**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02290-BNB

RICHARD CROW,

    Plaintiff,

v.

C.D.O.C.,
SGT. J.A. JAMES (D.R.D.C.), and
MEDICAL UNIT (D.R.D.C.),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Dismiss the Defendant C.D.O.C," filed on October 26, 2011 (Doc. # 8) is DENIED.  Plaintiff may not add or subtract parties or claims to his Complaint by filing a motion; instead, he must file an Amended Complaint as directed by the October 19 Order for Amended Complaint.  Plaintiff's failure to file an Amended Complaint within the time provided will result in the dismissal of this action without further notice.

    Dated:  October 28, 2011