IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02290-CMA-MEH

RICHARD CROW,

      Plaintiff,

v.

SGT. J. A. JAMES, and
JOHN DOE MEDICAL STAFF AT DRDC,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2012**.

      Defendant James' Motion to Vacate the Final Pretrial Conference and Stay All Proceedings Until Resolution of the Qualified Immunity Defense Asserted in the Motion for Summary Judgment [filed August 31, 2012; docket #36] is **granted in part and denied in part**. The Court notes that the only "proceeding" pending in this action is the Final Pretrial Conference currently scheduled for September 13, 2012; there are no additional "proceedings" pending in the case and the Defendant identified none. Therefore, for good cause shown, the Court will **vacate** the Final Pretrial Conference set for September 13, 2012. Defendant shall file a Status Report with the Court *within five business days* of the District Court's order on the motion for summary judgment, informing this Court whether the case is ripe for resetting the Final Pretrial Conference.